UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

STEVEN B. BOWLING, )
)
        Petitioner, )
)
vs. ) Case No. 1:16-cv-00066-TWP-MJD
)
SUPERINTENDANT Plainfield Correctional )
  Facility, )
)
        Respondent. )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 4/28/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

All Electronically Registered Counsel

STEVEN B. BOWLING
113869
WESTVILLE - CF
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391